JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFP IP, LLC; LFP PUBLISHING GROUP, LLC; and LARRY C. FLYNT, <br><br> Plaintiffs, <br><br> vs. <br><br> MIDWAY VENTURE, LLC; ABNER PAJOUNIA; EDMOND ADAIMY; PETER Z. BALOV; STEVEN S. BITTER; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 8:10-cv-01546 <br><br> **CONSENT DECREE AND ORDER OF PERMANENT INJUNCTION** |

**WHEREAS**, Plaintiffs LFP IP, LLC, LFP PUBLISHING GROUP, LLC and LARRY C. FLYNT (collectively the "Plaintiffs") commenced this action on October 13, 2010, by filing the Complaint against Defendants MIDWAY VENTURE, LLC, ABNER PAJOUNIA, EDMOND ADAIMY, PETER Z. BALOV and STEVEN S. BITTER (collectively, the "Defendants") seeking damages for trademark infringement, false endorsement and trademark dilution under the Lanham Act, unfair competition, violation of California Civil Code §3344 and wrongful appropriation of name under California law; and

1

**WHEREAS,** Plaintiffs moved for a temporary restraining order and preliminary injunction against Defendants on or about October 15, 2010, and the Court entered an Order on or about October 18, 2010 temporarily restraining the Defendants from advertising or promoting night clubs or other goods or services bearing the "LARRY FLYNT," "HUSTLER," or "HUSTLER CLUB" marks and passing off such goods and services as those of Plaintiffs; and

**WHEREAS**, on or about October 29, 2010 the Court issued an Order preliminarily enjoining Defendants from advertising or promoting night clubs or other goods or services bearing the "LARRY FLYNT," "HUSTLER," or "HUSTLER CLUB" marks and passing off such goods and services as those of Plaintiffs; and

**WHEREAS**, the Parties hereto having stipulated and agreed to resolve the instant matter and further having agreed to a written Settlement Agreement and Mutual and General Release (the "Settlement Agreement"); and

**WHEREAS**, the Parties hereto understand and agree that this Consent Decree and Order shall be made part of, and is expressly incorporated into, the Settlement Agreement; and

**WHEREAS**, Defendants acknowledge that the validity and enforceability of Plaintiffs' protected trademarks, HUSTLER, HUSTLER CLUB, and LARRY FLYNT; and

**NOW**, with the consent of Plaintiffs and Defendants, and after due deliberation, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that:

1. This Court has jurisdiction over Defendants and over the subject matter asserted in Plaintiffs' Complaint in this action;

2. Immediately, upon entry of this Order, Defendants and each of their respective officers, agents, employees, attorneys, and all those persons in active concert or participation with them are hereby permanently enjoined and restrained from using the trademarks HUSTLER, HUSTLER CLUB, and LARRY FLYNT (and any confusingly similar variation thereof) in connection with their operation and marketing of any night club or other bar, restaurant, or other entertainment establishment;

3. The $15,000 bond/security posted by the Plaintiffs in relation to the temporary restraining order and preliminary injunction issued in this action is hereby released and exonerated as of the date that this Order is issued;

4. This Order is binding upon and shall inure to the benefit of the parties and their respective affiliates, predecessors, successors, assigns, licensees, manufacturers, heirs and personal representatives and distributors and their respective officers, members, employees, attorneys, and agents, or any committee or other arrangement of creditors organized with respect to the affairs of any such party;

5. Subject to the foregoing permanent injunction, the above-captioned action is hereby dismissed with prejudice, except that this Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of this Consent Decree and Order and the Parties' Settlement Agreement; and

6. Each Party to this action shall bear its own costs and attorneys' fees.

**SO ORDERED:**

_/s/ David O. Carter_
DAVID O. CARTER
United States District Judge

Santa Ana, California
January 14, 2011